ERROL GREEN *vs.* WILLIAM DOLAN & another.[1] October 30, 1975. The defendant William Dolan moved for a physical examination under Mass. R. Civ. P. 35, 365 Mass. 793 (1974), of the plaintiff without the presence of counsel. The motion was allowed. The plaintiff then filed a petition for relief as a class action under G. L. c. 211, § 3, to establish his right to have counsel present at the examination. The single justice in the exercise of his discretion dismissed the petition. No abuse of discretion is shown here. We have previously stated that we are extremely reluctant to invoke G. L. c. 211, § 3, in matters of this nature which do not involve both the protection of a substantive right and the absence of an alternative, effective remedy. *Costarelli* v. *Municipal Court of the City of Boston,* 367 Mass. 35, 41-42 (1975). *Whitmarsh* v. *Commonwealth,* 366 Mass. 212, 215-216 (1974). *Enbinder* v. *Commonwealth,* 361 Mass. 871 (1972).

*Judgment affirmed.*

*Herbert Murphy* for the plaintiff.
*Philip A. Beattie* for William Dolan.
*Mitchell J. Sikora, Jr.*, Assistant Attorney General, for the Superior Court.

DORIS R. MALLARD, petitioner. October 30, 1975. This is an appeal from the action of a single justice denying a motion to enlarge the time for perfecting appeals in three of five cases arising from an unconsummated 1970 purchase and sale agreement. See Mass. R. A. P. 14 (b), 365 Mass. 859 (1974). The cases were apparently tried in sequence before a Superior Court judge sitting without jury. In a careful memorandum and order the single justice fully explained his reasons for his action. No good purpose will be served by reviewing the facts. Suffice it to say that no abuse of discretion was shown. The decision of the single justice denying the petitioner's motion to enlarge the time in perfecting the appeals in the three cases in question is affirmed.

*So ordered.*

*Thomas P. O'Connor* for Doris R. Mallard.
*Joseph L. McQuade (John H. LaChance* with him) for Marjorie Moye.
*A. Arnold Lundwall (James C. Fullerton* with him) for William A. Dimma & another.

---

[1] The Superior Court.